**RESUBMIT HLD-003**                                    **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 16-2749
_____

IN RE:  ALTON D. BROWN,
                                                          Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the Middle District of Pennsylvania
(Related to M.D. Pa. Civ. No. 3-14-cv-01180)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
February 13, 2017

Before:  SMITH, Chief Judge, McKEE and FUENTES, Circuit Judges

(Opinion filed: March 16, 2017)
_____

OPINION[*]
_____

PER CURIAM

        Alton D. Brown filed a petition for writ of mandamus requesting that we direct the

District Court to rule on a request for an opportunity to appeal the District Court's

dismissal order in Brown v. Lancaster, M.D. Pa. Civ. No. 3:14-cv-01180.  The District

Court has since ruled on Brown's filing.  In light of the District Court's action, the

question Brown presented is no longer a live controversy, so we will dismiss his

_____

[*] This disposition is not an opinion of the full Court and pursuant to I.O.P. 5.7 does not
constitute binding precedent.

mandamus petition as moot.  See, e.g., Lusardi v. Xerox Corp., 975 F.2d 964, 974 (3d

Cir. 1992).